[No. 1571-3. Division Three. November 24, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFORD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 2635, Gordon Swyter, J., entered April 18, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 1095-3. Division Three. November 24, 1976.]

ROBERT C. LUCKEY, *Appellant*, v. ALIA H. LUCKEY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 25454, James J. Lawless, J., entered February 7, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3513-1. Division One. November 29, 1976.]

THOMAS E. DUPAR, *Appellant*, v. MAUREEN A. DUPAR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-33054, George H. Revelle, J., entered December 4, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3694-1. Division One. November 29, 1976.]

*In the Matter of the Marriage of* GAIL J. DUFF, *Respondent, and* JOHN E. DUFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-69199, Frank H. Roberts, Jr., J., entered March 7, 1975. *Remanded with instructions* by unpublished per curiam opinion.